MIDTOWN PROPERTIES, INC., A CORPORATION, PLAINTIFF-APPELLANT, v. TOWNSHIP OF MADISON, NEW JERSEY, A MUNICIPAL CORPORATION, AND PLANNING BOARD OF THE TOWNSHIP OF MADISON, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued March 18, 1963—Decided March 22, 1963.

Before Judges FOLEY, PRICE and SULLIVAN.

*Mr. Aaron Heller* argued the cause for appellant (*Messrs. Heller & Laiks,* attorneys).

*Mr. Harold G. Smith* argued the cause for respondents (*Mr. Harold G. Smith,* attorney for Township of Madison; *Mr. John J. Salvest,* attorney for Planning Board of Township of Madison).

PER CURIAM. The judgment is affirmed for the reasons set forth in the opinion of Judge Halpern, reported in 68 *N. J. Super.* 197 (*Law Div.* 1961).